STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

William A. Barrousse
Gieger, Laborde & Laperouse
701 Poydras Street, #4800
New Orleans LA 70139-4800

Louis Charles LaCour, Jr.
Adams & Reese, LLP
701 Poydras, Suite 4500
New Orleans LA 70139

Raymond Peter Ward
Adams and Reese
701 Poydras Street, #4500
New Orleans LA 70139

REHEARING ACTION: September 10, 2014

Docket Number: 13   00236-CA consolidated with 638-CA & 778-CA & 779-CA & 780-CA & 781-CA & 782-CA & 783-CA & 784-CA & 785-CA & 786-CA & 787-CA & 788-CA

ALNEDIA ANTHONY, ET AL.
VERSUS
GEORGIA GULF LAKE CHARLES, LLC

Appealed from Calcasieu Parish Case No. 2007-5073

BEFORE JUDGES:

   Hon. Sylvia R. Cooks
   Hon. J. David Painter
   Hon. Shannon J. Gremillion

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Georgia Gulf Lake Charles, LLC** has this day been

   **DENIED.**

cc: Wells Talbot Watson, Counsel for the Appellee